UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                      Criminal No. 23-mj-30098

Randall Robert Berka, II

    Defendant

_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                      Respectfully submitted,

                                      Dawn N. Ison
                                      United States Attorney

                                      *s/Anthony Vance*
                                      Anthony Vance P61148
                                      Assistant United States Attorney
                                      600 Church Street
                                      Flint, MI 48502
                                      Anthony.vance@usdoj.gov
                                      (810) 766-5177

Dated: March 10, 2023

**IT IS SO ORDERED.**

s/ Patricia T. Morris
Patricia T. Morris
United States Magistrate Judge

Entered: March 10, 2023