# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) |
|---|---|
| v. | ) Case No. 23-30098 |
| Randall Robert Berka, II | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| *Place:* 1000 Washington Avenue Bay City, MI 48708 | *Courtroom:* Room 308 |
|---|---|
| | *Date and Time:* March 15, 2023 at 11:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: March 10, 2023

s/Patricia T. Morris
*Judicial Officer's Signature*

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*